KANTOR & KANTOR, LLP
Lisa S. Kantor (Bar No. 110678)
lkantor@kantorlaw.net
J. David Oswalt (Bar No. 73439)
doswalt@kantorlaw.com
19839 Nordhoff Street
Northridge, California 91324
Telephone:     (818) 886-2525
Facsimile:     (818) 350-6272

Attorneys for Plaintiff
SOFIA BENBAHMED

SEDGWICK LLP
David M. Humiston (Bar No.090579)
david.humiston@sedgwicklaw.com
Robert C. Bohner (Bar No. 136641)
robert.bohner@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:    213.426.6900
Facsimile:    213.426.6921

Attorneys for Defendant
UNITED HEALTHCARE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFIA BENBAHMED,<br><br>               Plaintiff,<br><br>     v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY,<br><br>               Defendant. | Case No. CV 11-0919 CRB<br><br>**STIPULATION TO CONTINUE DISPOSITIVE MOTION FILING, SERVICE AND HEARING DATES; ORDER**<br><br>**[LOCAL RULE 7-12]** |

Plaintiff Sofia Benbahmed ("Benbahmed") and Defendants United Healthcare Insurance Company ("United") and U.S. Behavioral Health Plan, California ("USBHPC), by and through their respective counsel of record, and in order to show good cause for a three month continuance of the presently scheduled dispositive motion filing, service and hearing dates in this action, hereby stipulate to such a continuance, based on the following:

1  At a further case management conference held in this matter on March 2, 2012, the Court
2  ordered the parties to file and serve any dispositive motions on October 5, 2012; and it scheduled
3  any dispositive motions for a hearing on November 16, 2012 at 10:00 a.m. There have been no
4  previous extensions sought by the parties with respect to any motions; including dispositive
5  motions in this action.

6  1. Benbahmed, United and USBHPC engaged in an initial mediation in this matter
7  before Robert J. Kaplan of Judicate West Dispute Resolution early in this litigation which did not
8  result in a resolution of this litigation. Since that initial mediation, the parties have engaged in
9  discovery and pretrial preparation. However, all parties continue to be interested in exploring the
10 possibility of resolving this matter first through mediation before incurring the cost and expense
11 of filing and preparing any dispositive motions, proceeding with a hearing on any such
12 dispositive motions or otherwise engaging further in the preparation of this matter for trial.

13 2. The parties have contacted mediator Kaplan as to his availability for a further full
14 day mediation session. The parties believe that Mr. Kaplan is the most appropriate person to
15 mediate this case, due to his familiarity with both the issues in this case, and with the positions of
16 the parties as to those issues from the prior mediation session. Mr. Kaplan does not have any
17 availability to conduct a mediation until after the dates this Court has scheduled for the filing,
18 service and hearing of any dispositive motions. His first available date for an all day mediation is
19 December 11, 2012.  The parties have scheduled a further mediation session before Mr. Kaplan
20 for that date.

21 3. The parties believe that it is in the best interest of judicial economy and efficiency
22 for the further mediation session before Mr. Kaplan presently scheduled for December 11, 2012
23 to take place prior to the filing, service and hearing of any dispositive motions. The parties wish
24 to avoid the time, cost and expense of preparing, and proceeding with dispositive motions until
25 after they have explored the possibility of resolving this case at the December 11, 2012
26 mediation.

27 4. Based on the above and foregoing, the parties hereby stipulate to a continuance of
28 the October 5, 2012 date for the filing and service of dispositive motions in this action; and to a

continuance of the November 16, 2012 hearing date on such motions, for an additional three month period of time, or until such other date thereafter which is convenient on the Court's calendar.

IT IS SO AGREED AND STIPULATED.

DATED: September 18, 2012         KANTOR & KANTOR LLP

By: /s/ J. David Oswalt
    Lisa S. Kantor
    J. David Oswalt
    Attorneys for Plaintiff Sofa Benbahmed

DATED: September 24, 2012         SEDGWICK, LLP

By: /s/ David M. Humiston
    David M. Humiston
    Robert C. Bohner
    Attorneys for Defendants
    UNITED HEALTHCARE INSURANCE COMPANY
    and U.S. BEHAVIORAL HEALTH PLAN,
    CALIFORNIA

## ORDER

After consideration of the above stipulation and having found good cause therefore, the Court hereby continues the date that dispositive motions in this action are to be filed and served to December 28, 2012; and the Court also continues the date on which such dispositive motions are to be heard by the Court to February 15, 2013 at 10:00 a.m.

IT IS SO ORDERED.

DATED:   September 24, 2012

United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*