LISA S. KANTOR (State Bar No. 110678)
 Email: lkantor@kantorlaw.net
J. DAVID OSWALT (State Bar No. 73439)
 Email: doswalt@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
SOFIA BENBAHMED

DAVID M. HUMISTON (State Bar No. 90579)
 Email: david.humiston@sedgwick.com
SEDGWICK LLP
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendant
UNITED HEALTHCARE
INSURANCE COMPANY and
U.S. BEHAVIORAL HEALTH PLAN,
CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFIA BENBAHMED,<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY and U.S. BEHAVIORAL HEALTH PLAN, CALIFORNIA,<br><br>   Defendants. | Case No. CV 11-0919 CRB<br><br>**STIPULATION TO VACATE DISPOSITIVE MOTION HEARING DATE AND SCHEDULE CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Date: February 15, 2013<br>Time: 10:00 a.m.<br>Ctrm: 6, 17th Floor, San Francisco |

1    Plaintiff Sofia Benbahmed and defendants United Healthcare Insurance Company
2    and U.S. Behavioral Health Plan, California, through their respective counsel, hereby
3    stipulate as follows:
4    The parties have agreed to a settlement, but that settlement has not yet been fully
5    documented.  Therefore, the parties have agreed to request the Court to vacate the
6    presently scheduled dispositive motion hearing date of February 15, 2013 and to schedule
7    a Case Management Conference for April 5, 2013.

Dated:  January 28, 2013

KANTOR & KANTOR LLP

By: */s/ J. David Oswalt*_____
  J. David Oswalt
  Attorneys for Plaintiff
  SOFIA BENBAHMED

Dated:  January 28, 2013

SEDGWICK LLP

By: */s/ David M. Humiston*_____
  David M. Humiston
  Attorneys for Defendants
  UNITED HEALTHCARE
  INSURANCE COMPANY and
  U.S. BEHAVIORAL HEALTH
  PLAN, CALIFORNIA


## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the presently scheduled dispositive motion hearing date of February 15, 2013 is vacated and a Case Management Conference will be scheduled for April 5, 2013.

Date:   January 29, 2013



_____
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer