LISA S. KANTOR (State Bar No. 110678)
  Email: lkantor@kantorlaw.net
J. DAVID OSWALT (State Bar No. 73439)
  Email: doswalt@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
SOFIA BENBAHMED

DAVID M. HUMISTON (State Bar No. 90579)
  Email: david.humiston@sedgwick.com
SEDGWICK LLP
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendant
UNITED HEALTHCARE
INSURANCE COMPANY and
U.S. BEHAVIORAL HEALTH PLAN,
CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFIA BENBAHMED,<br><br>       Plaintiff,<br><br>   vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY and U.S. BEHAVIORAL HEALTH PLAN, CALIFORNIA,<br><br>       Defendants. | Case No. CV 11-0919 CRB<br><br>**STIPULATION TO VACATE DISPOSITIVE MOTION HEARING DATE AND SCHEDULE CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Date: February 15, 2013<br>Time: 10:00 a.m.<br>Ctrm: 6, 17th Floor, San Francisco |

Plaintiff Sofia Benbahmed and defendants United Healthcare Insurance Company and U.S. Behavioral Health Plan, California, through their respective counsel, hereby stipulate as follows:

The parties have agreed to a settlement, but that settlement has not yet been fully documented.  Therefore, the parties have agreed to request the Court to vacate the presently scheduled dispositive motion hearing date of February 15, 2013 and to schedule a Case Management Conference for April 5, 2013.

Dated:  January 28, 2013

KANTOR & KANTOR LLP

By: */s/ J. David Oswalt*_____
    J. David Oswalt
    Attorneys for Plaintiff
    SOFIA BENBAHMED

Dated:  January 28, 2013

SEDGWICK LLP

By: */s/ David M. Humiston*_____
    David M. Humiston
    Attorneys for Defendants
    UNITED HEALTHCARE
    INSURANCE COMPANY and
    U.S. BEHAVIORAL HEALTH
    PLAN, CALIFORNIA

LA/1026243v1     -2-     Case No. CV 11-0919 CRB
Stipulation to Vacate Dispositive Motion Hearing Date
and Schedule Case Management Conference and [Proposed] Order

1  ORDER

2  PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the presently
3  scheduled dispositive motion hearing date of February 15, 2013 is vacated and a Case
4  Management Conference will be scheduled for April 5, 2013.

5

6  Date:   January 29, 2013    _____
                                United States District Judge
7



8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28