LISA S. KANTOR (State Bar No. 110678)
 Email: lkantor@kantorlaw.net
J. DAVID OSWALT (State Bar No. 73439)
 Email: doswalt@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
SOFIA BENBAHMED

DAVID M. HUMISTON (State Bar No. 90579)
 Email: david.humiston@sedgwick.com
SEDGWICK LLP
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendants
UNITED HEALTHCARE
INSURANCE COMPANY and
U.S. BEHAVIORAL HEALTH
PLAN, CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFIA BENBAHMED,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, and U.S. BEHAVIORAL HEALTH PLAN, CALIFORNIA,<br><br>Defendant. | Case No. CV 11-0919 CRB<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice. The parties are to bear their own attorneys' fees and costs.

Dated: May 7, 2013



Hon. Charles R. Breyer
United States District Court

-2-

Case No. CV 11-0919 CRB

[PROPOSED] ORDER GRANTING
STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE