1  LISA S. KANTOR (State Bar No. 110678)
    Email: lkantor@kantorlaw.net
2  J. DAVID OSWALT (State Bar No. 73439)
    Email: doswalt@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, California 91324
   Telephone: (818) 886-2525
5  Facsimile: (818) 350-6272

6  Attorneys for Plaintiff
   SOFIA BENBAHMED

7  DAVID M. HUMISTON (State Bar No. 90579)
    Email: david.humiston@sedgwick.com
8  SEDGWICK LLP
   801 South Figueroa Street, 19th Floor
9  Los Angeles, California 90017-5556
   Telephone: (213) 426-6900
10 Facsimile: (213) 426-6921

11 Attorneys for Defendants
   UNITED HEALTHCARE
12 INSURANCE COMPANY and
   U.S. BEHAVIORAL HEALTH
13 PLAN, CALIFORNIA

14

15                 UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| SOFIA BENBAHMED, | Case No. CV 11-0919 CRB |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| vs. | |
| UNITED HEALTHCARE INSURANCE COMPANY, and U.S. BEHAVIORAL HEALTH PLAN, CALIFORNIA, | |
| Defendant. | |

18
19
20
21
22
23
24
25
26
27
28

1       IT IS HEREBY ORDERED that the above-referenced action shall be

2  dismissed in its entirety with prejudice.  The parties are to bear their own

3  attorneys' fees and costs.

4

5  Dated: __May 7, 2013_____

6                              Hon. Charles R. Breyer

                        IT IS SO ORDERED

                        Judge Charles R. Breyer

[PROPOSED] ORDER GRANTING
STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE